IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EBONY SHAFFER and ESTATE OF <br> WILLIE GILLOM, JR., Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LEAVENWORTH AND <br> LEAVENWORTH POLICE DEPARTMENT. <br><br> Defendants. | Case No.: 2:23-cv-02017 |

## NOTICE OF REMOVAL

Defendants City of Leavenworth and Leavenworth Police Department (hereinafter "Defendants"), by and through counsel, respectfully notify this Court that pursuant to 28 U.S.C. §§ 1331, 1441(a), 1443, and 1446, Defendants hereby remove to the United States District Court for the District of Kansas the above-styled action, which is currently pending in the District Court of Leavenworth County, Kansas under Case No. LV-2022-CV-000308.  In support of this Notice of Removal, Defendants state as follows:

1. Plaintiff Ebony Shaffer commenced the above-captioned action in the District Court of Leavenworth County, Kansas on or about December 5, 2022, by filing a Petition for Damages bearing the Case No. LV-2022-CV-000308.

2. On January 16, 2023, Plaintiff filed an Amended Petition for Damages, which added the Estate of Willie Gillom Jr. as a plaintiff and asserted a new claim under 42 U.S.C. § 1983 asserting claims for alleged violations of Plaintiffs' rights under the Fourth and Fourteenth Amendment to the United States Constitution.

3. Plaintiffs allege a controversy arising under the Constitution and laws of the United States, in that their Petition purports to state a claim against Defendants for a violation of Plaintiffs' Constitutional rights.  Specifically, Plaintiffs allege that Defendants unlawfully deprived Plaintiffs of

{O0372283}

property without due process of law and made an unreasonable and warrantless seizure of Plaintiffs' personal property, in violation of the Fourth and Fourteenth Amendments.

4. Removal of this action is proper because, pursuant to 28 U.S.C. § 1441(a), this Court has original jurisdiction founded on Plaintiff's claims arising under the Constitution and the laws of the United States.

5. Pursuant to 28 U.S.C. §1391(b), venue lies in this Court because it is the District embracing the place where Plaintiff's Petition is currently pending and the judicial district in which a substantial part of the alleged events or omissions giving rise to the purported claims occurred.

6. Removal of this action is proper under 28 U.S.C. § 1446(b)(2)(A) in that all Defendants who have been properly joined and served consent to the removal of the action.

7. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) since Defendants have filed this Notice of Removal within thirty (30) days of service on each defendant.

8. Pursuant to the requirements of 28 U.S.C. § 1446(a), a true and accurate copy of Plaintiffs' First Amended Petition together with "all process, pleadings, and orders served upon" the Defendants is attached hereto as **Exhibit A**.

9. Pursuant to the requirements of 28 U.S.C. § 1446(d), Defendant has contemporaneously given written notice of the filing of this Notice of Removal to Plaintiff and to the Clerk of the Leavenworth County, Kansas, District Court. Copies of those written notices are attached hereto as **Exhibit B.**

WHEREFORE, Defendants respectfully request this Honorable Court grant removal and accept jurisdiction over the above-captioned action.

## DESIGNATION OF PLACE OF TRIAL

Defendants hereby designate Kansas City, Kansas as the place of trial.

## DEMAND FOR A JURY TRIAL

Defendants hereby demand a trial by jury on all issues so triable in this matter.

{O0372283}

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP


  /s/ Andrew D. Holder
Andrew D. Holder, #25456
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
(913) 339-6757/Fax: (913) 339-6187
aholder@fisherpatterson.com
**ATTORNEY FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing pleading this 17th day of January 2023, with the Clerk of the Court by using the ECF system and served said pleading by U.S. mail to the following:

Christopher C. Barnds
John W. Kerns
BARNDS LAW, LLC
7400 College Blvd, Suite 100
Overland Park KS 66210
(913) 514-0909
chris@barndslaw.com
john@barndslaw.com
**ATTORNEYS FOR PLAINTIFF**


  /s/ Andrew D. Holder
Andrew D. Holder, #25456

{O0372283}